FILED
June 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002727038

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
1875 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 297-3266
FAX:    (559) 297-3272

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>LARRY HEPNER and<br><br>MELINDA HEPNER<br><br><br><br>Debtors. | Case No.: 10-12471-B-7<br><br>DC No. SAS-001<br><br>**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**<br>11 U.S.C. §363<br><br>Date:   July 28, 2010<br>Time:   10:00 a.m.<br>Dept:   B<br>Judge:  Honorable W. Richard Lee |

**TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:**

Sheryl A. Strain respectfully represents:

1. She is the duly appointed, qualified, and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about March 10, 2010, and Sheryl A. Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363

4. Among the assets of this estate is a diamond ring ("the ring").

1

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

5. The debtors' schedules listed the value of the ring at $5,000.00. The debtors claimed $1,350.00 of the value of the ring exempt under California Code §703.140(b)(4) and $3,650.00 exempt under California Code §703.140(b)(5), for a total exemption of $5,000.00.

6. The Trustee determined the approximate fair market value to be 6,800.00.

7. The Trustee has received an offer from the debtors, Larry and Melinda Hepner, to purchase the non exempt equity for the total sum of $750.00 cash. The total sum of $750.00 has been received by the estate.

8. In deciding to accept the proposed offer, the Trustee reviewed insurance riders, two replacement appraisals, and a Jewelers current sale value estimate. The Trustee does not believe that the estate would net a higher amount by selling the ring at auction or to a Jeweler.

9. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to the debtors, Larry and Melinda Hepner, for the total sum of $750.00.

**DATED**:  6/21/10

/s/
Sheryl A. Strain
Chapter 7 Trustee